

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-24-00214-CV

**BLACK DRAGON CAPITAL INVESTMENT MANAGEMENT, LLC**; Black Dragon
Capital Debt SPV, LLC; Grass Valley USA, LLC; and Louis Hernandez, Jr.,
Appellants

v.

Andrew David Jonathan **CROSS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI22348
Honorable John J. Specia, Jr., Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order
appellants to pay the costs of this appeal.

SIGNED April 17, 2024.

_____
Irene Rios, Justice